No. 77–1158. ALLEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–1159. HALL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 77–1167. MAGEEAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1168. CONSTANTINE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–5511. JONES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5556. BAKER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5733. MORGAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5777. NEYRA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5780. WEST *v.* BROWN, SECRETARY OF DEFENSE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–5785. OAKES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5786. BOBISINK *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 77–5814. FISHER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5817. HARRINGTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5820. BENEL *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.